NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PARKERVISION, INC.,**
*Appellant*

v.

**QUALCOMM INCORPORATED, QUALCOMM ATHEROS, INC.,**
*Appellees*

---

2017-2012, 2017-2013, 2017-2014

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-01828, IPR2015-01829, and IPR2015-01831.

---

### ORDER

The above-captioned appeals appear to be related.

We consolidate the appeals, and thus one set of briefs should be filed for the three appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. The certified lists are due no later than June 20, 2017.

FOR THE COURT

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court

s26